IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MIGUEL MUNIZ-GUTIERREZ, | § § § | |
| Petitioner, | § § | 3:15-cv-473-O |
| v. | § § | 3:13-cr-181-O |
| UNITED STATES OF AMERICA, | § § § | |
| Respondent. | § § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that Petitioner's Motion is **DENIED with prejudice**.

**SO ORDERED** this **27th day** of **March, 2017.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**